1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3717
7       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
8
9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )   **CASE NO. 21-CR-0357-JSW**
                                        )
14        Plaintiff,                    )   **STIPULATION AND [PROPOSED] ORDER**
                                        )
15     v.                               )
                                        )
16  JOHNNY MADDEN,                      )
                                        )
17        Defendant.                    )
                                        )

STIPULATION AND [PROPOSED] ORDER       1
21-CR-0357-JSW

1  This case is currently set for a status hearing regarding detention on October 5, 2021 before the
2 duty magistrate judge.  Defense counsel requires additional time to arrange for a mental health
3 evaluation and to discuss any such evaluation with his client.  Defense counsel is also currently
4 reviewing discovery and the parties are currently in discussions about resolution of the case, and are
5 requesting a continuance of the matter before the duty Magistrate Judge to 1:00 p.m. on October 26,
6 2021.  This continuance will provide defense counsel the opportunity to discuss the case with the
7 defendant and will provide the parties with needed time to review discovery and discuss resolution of
8 the case.  The parties agree to waive time under the Speedy Trial Act.  Exclusion of time under the
9 Speedy Trial Act is appropriate for the effective preparation of counsel.  Therefore, the parties
10 respectfully request that the hearing currently scheduled on October 5, 2021 be vacated and the case be
11 continued until October 26, 2021, at 1:00 p.m before the duty magistrate judge.

14 DATED:  October 4, 2021                    Respectfully submitted,

15                                             STEPHANIE HINDS
16                                             Acting United States Attorney

18                                             _/s/_____
                                               ABRAHAM FINE
19                                             Assistant United States Attorney

20 DATED:  October 4, 2021                    /s/_____  ___
                                               JOHN PAUL REICHMUTH
21                                             Counsel for Defendant JOHNNY MADDEN

STIPULATION AND [~~PROPOSED~~] ORDER          2
21-CR-0357-JSW

1  **[PROPOSED] ORDER**

2    For the reasons stated above, the Court CONTINUES this case to October 26, 2021 at 1:00 p.m.
3  for a status hearing regarding detention before the duty magistrate judge.
4    The Court finds that the ends of justice served by granting this continuance outweigh the best
5  interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy
6  Trial Act from October 5, 2021 to October 26, 2021.  The Court finds this exclusion necessary to allow
7  for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

9  IT IS SO ORDERED.

11 DATED: October 4, 2021

12                              _____
                                HONORABLE ROBERT ILLMAN
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER            3
21-CR-0357-JSW